UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | 2:26-cv-00682-CAS-PDx | | Date | January 28, 2026 |
|---|---|---|---|---|
| Title | Grace L. Hernandez Trust v. Alberto Saenz Lozano et al | | | |

Present: The Honorable   CHRISTINA A. SNYDER

| Catherine Jeang | Not Present | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:                    Attorneys Present for Defendants:

Not Present                                        Not Present

**Proceedings:**          **(IN CHAMBERS)** - ORDER TO SHOW CAUSE RE: SUBJECT MATTER JURISDICTION

On July 25, 2025, plaintiff Grace L. Hernandez Trust filed this unlawful detainer action against defendants Alberto Saenz Lozano, Maria Raquel Saenz Castillo, and Does 1 to 10, in Los Angeles County Superior Court. Dkt. 1 at 8. Defendant Alberto Saenz Lozano removed the case to this Court on January 22, 2026. Id. at 1. Defendant Alberto Saenz Lozano concurrently filed a request to proceed *in forma pauperis*. Dkt. 3. Defendant Alberto Saenz Lozano asserts that this Court has jurisdiction on the basis of a federal question. Dkt. 1 at 1 (citing 28 U.S.C. § 1331 and § 1441).

It appears that this Court lacks subject matter jurisdiction over this action. The law is clear that "[u]nlawful detainer actions are strictly within the province of state court." Federal Nat'l Mort. Assoc. v. Suarez, 2011 U.S. Dist. LEXIS 82300, *6 (E.D. Cal. Jul. 27, 2011); Deutsche Bank Nat'l Trust Co. v. Leonardo, 2011 U.S. Dist. LEXIS 83854, *2 (C.D. Cal. Aug. 1, 2011) ("[T]he complaint only asserts a claim for unlawful detainer, a cause of action that is purely a matter of state law."). A defendant's attempt at creating federal subject matter jurisdiction by adding claims or defenses to a notice of removal must fail. McAtee v. Capital One, F.S.B., 479 F.3d 1143, 1145 (9th Cir. 2007).

Here, the only claim asserted by plaintiff is for unlawful detainer against defendants. See Dkt. 1. Defendant Alberto Saenz Lozano claims that he withheld rent as a consequence of plaintiff discriminating against him and his co-tenant in violation of the Fair Housing Act, 42 U.S.C. 3604(f)(3) (A), (C)(ii), and (C)(iii). Id. at 2-3.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | 2:26-cv-00682-CAS-PDx | Date | January 28, 2026 |
|---|---|---|---|
| Title | Grace L. Hernandez Trust v. Alberto Saenz Lozano et al | | |

However, defendant cannot create federal subject matter jurisdiction by adding claims or asserting defenses.  McAtee, 479 F.3d at 1145.  Accordingly, the Court appears to lack subject matter jurisdiction.  Suarez, 2011 U.S. Dist. LEXIS 82300 at *6.

Accordingly, defendant Alberto Saenz Lozano is hereby ORDERED TO SHOW CAUSE, in writing, on or before **February 11, 2026**, why this case should not be remanded to Los Angeles County Superior Court.

IT IS SO ORDERED.

|  | 00 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | CMJ | |